(June 25, 1996)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL JAMES, Appellant. [644 NYS2d 619]

Upon a review of the facts, we decline to disturb the findings of the suppression court crediting the arresting officer's testimony. Such testimony was not manifestly untrue, physically impossible, contrary to experience, self-contradictory (*People v Garafolo*, 44 AD2d 86, 88), or otherwise such as to warrant this Court's rejection of the suppression court's findings of fact (*see, People v Ward*, 198 AD2d 170, *lv denied* 82 NY2d 932). Concur—Murphy, P. J., Rosenberger, Rubin and Williams, JJ.